682 A.2d 291

**Raymond PETTY, Respondent,**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Petitioner.**

**No. 0058 E.D. Allocatur Docket 1996.**

Supreme Court of Pennsylvania.

Sept. 12, 1996.

Philip D. Priore, Philadelphia, for Petitioner.

AND NOW, this 12th day of September, 1996, the Petition for Allowance of Appeal is hereby granted, but limited to the following: Whether the lower court erred in granting Respondent's Motion to Vacate, Set Aside and Strike the Award of Arbitrators?